

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN MARINO, JR.,

    Plaintiff,

v.                                         Civil Action No. 3:15CV727

LEONARD GRANT,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on December 22, 2015, the Court conditionally docketed Plaintiff's action. On January 5, 2016, the United States Postal Service returned the December 22, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER INMATE NO LONGER AT MEHERRIN RIVER REGIONAL JAIL." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                                  M. Hannah Lauck
                                                  United States District Judge

Date: FEB 12 2016
Richmond, Virginia